# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE, | : | No. 17-CV-01315 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| THE PENNSYLVANIA STATE UNIVERSITY, THE PENNSYLVANIA STATE UNIVERSITY BOARD OF TRUSTEES, ERIC J. BARRON, individually and as agent for The Pennsylvania State University, PAUL APICELLA, individually and as agent for The Pennsylvania State University, KAREN FELDBAUM, individually and as agent for The Pennsylvania State University, KATHARINA MATIC, individually and as Agent for The Pennsylvania State University, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 18th day of August 2017, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction (ECF No. 11) is **GRANTED**;

2. Penn State is immediately enjoined from enforcing its June 27, 2017 suspension and exclusion of Plaintiff, John Doe, from The Pennsylvania State University and the Penn State–Jefferson seven (7) year pre-med program.

3. Penn State shall immediately permit and assist the Plaintiff, John Doe, in registering for classes necessary for participation in the Penn State-Jefferson seven (7) year pre-med program for the Fall 2017 Semester which begins on August 21, 2017. Said registration and participation by Doe is to be effectuated in accordance with Penn State's practice, utilized during the prior academic year, of separating Doe and Roe.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge