# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE,<br><br>  Plaintiff.<br><br>  v.<br><br>THE PENNSYLVANIA STATE UNIVERSITY, et al.,<br><br>  Defendants. | No. 4:17-CV-01315<br><br>(Judge Brann) |

## ORDER

### DECEMBER 28, 2017

1. On August 31, 2017, Defendants moved to dismiss Plaintiff's Complaint. ECF No. 50.

2. Oral argument on this motion was subsequently scheduled for January 5, 2018. ECF No. 72.

3. After considering the Parties' papers on this matter, the Court has determined that oral argument will be neither beneficial nor necessary.

4. Therefore, the oral argument is **CANCELLED.**

                                BY THE COURT:

                                *s/ Matthew W. Brann*
                                Matthew W. Brann
                                United States District Judge